Certificate Number: 05781-TXS-DE-041165954

Bankruptcy Case Number: 26-33378



05781-TXS-DE-041165954

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2026, at 3:23 o'clock PM PDT, Daniel Herrera completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   July 3, 2026                          By:      /s/Allison M Geving

                                              Name:   Allison M Geving

                                              Title:   President