Certificate Number: 05781-TXS-DE-041191087

Bankruptcy Case Number: 26-34304



05781-TXS-DE-041191087

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2026, at 11:17 o'clock AM PDT, Bridgette Anderson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   July 10, 2026                    By:      /s/Allison M Geving

Name:  Allison M Geving

Title:   President