Certificate Number: 05781-TXS-DE-041176492

Bankruptcy Case Number: 21-32606



05781-TXS-DE-041176492

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2026, at 9:15 o'clock AM PDT, Raymond Wayne Felder completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date:   July 7, 2026                           By:      /s/Allison M Geving

                                                          Name:   Allison M Geving

                                                          Title:   President